

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00305-CR

**IN RE** Carrie **LOUDON**

Original Proceeding[1]

PER CURIAM
Concurring Opinion by: Velia J. Meza, Justice

Sitting:      Lori I. Valenzuela, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: June 17, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Carrie Loudon, filed her petition for writ of mandamus on April 14, 2026. Loudon seeks a writ of mandamus directing the respondent, the Honorable Yolanda Huff, to vacate certain orders imposing special conditions of her pretrial release that were imposed without notice or a hearing. "The traditional test for determining whether mandamus relief is appropriate [in a criminal matter] requires the relator to establish two things. First, he must show that he has no adequate remedy at law to redress his alleged harm. Second, he must show that what he seeks to compel is a ministerial act, not involving a discretionary or judicial decision." *State ex rel. Young v. Sixth*

---

[1]This proceeding arises out of Cause No. 2025PF26045, styled *The State of Texas v. Carrie Lynn Loudon*, pending in the County Court at Law No. 12, Bexar County, Texas, the Honorable Yolanda T. Huff presiding.

*Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007). Loudon has previously sought and obtained a writ of habeas corpus to remove a different special condition. She has not established that she can satisfy both requirements of mandamus relief. Tᴇx. R. Aᴘᴘ. P. 52.8(a). The petition for writ of mandamus is denied.

PER CURIAM

DO NOT PUBLISH